<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 08-1537**

———————————

STANLEY D. LEGUM,

Plaintiff - Appellant,

v.

SMITH BARNEY, INCORPORATED,

Defendant – Appellee.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Walter D. Kelley, Jr., District Judge. (2:06-cv-00542-WDK-TEM)

———————————

Submitted: September 30, 2008      Decided: October 31, 2008

———————————

Before TRAXLER, GREGORY, and DUNCAN, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Stanley D. Legum, Appellant Pro Se. Matthew Harrold Sorensen, GREENBERG & TRAURIG, LLP, McLean, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stanley D. Legum appeals the district court's order confirming an arbitration award against Legum and dismissing this action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Legum v. Smith Barney, Inc., No. 2:06-cv-00542-WDK-TEM (E.D. Va. Apr. 11, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED